LENA SOLOMITZ, as Administratrix, etc., of HYMAN SOLOMITZ, Deceased, v.

WILLIAM STEINBERG, Impleaded, etc.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.